**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:21-cr-584-4 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DEANGELO SNELL, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Thomas M. Parker Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Deangelo Snell and enter a finding of guilty against defendant. (Doc. No. 291.)

On August 11, 2021, the government filed an Indictment against defendant. (Doc. No. 1.) On July 13, 2022, this Court issued an order assigning this case to Magistrate Judge Parker for the purpose of receiving defendant's guilty plea. (Doc. No. 284.)

On July 27, 2022, a hearing was held in which defendant entered a plea of guilty to:

- Count 1, charging him with Racketeering Conspiracy, in violation of 18 U.S.C. Section 1962(d);

- Count 5, charging him with Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine, Cocaine Base and Fentanyl, in violation of 21 U.S.C Sections 21:841(a)(1) and (b)(1)(C) and 846(C);

- Counts 21 and 22, charging him with Distribution of a Controlled Substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C).

Magistrate Judge Parker received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 291.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1, 5, 21, and 22 of the indictment. The sentencing will be held on November 9, 2022, at 12:00 p.m. by video conference.

 **IT IS SO ORDERED**.

Dated: October 4, 2022

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**