# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:21-cr-584 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DEANGELO SNELL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on April 29, 2025.[1] The Court referred this matter to Magistrate Judge Reuben J. Sheperd to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on May 7, 2025. The defendant admitted to the following violation:

1. New Law Violation; and
2. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on May 7, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

---

[1] The original violation report was filed on March 24, 2025. It was superseded to reflect an update on the state court proceedings.

A final supervised release violation hearing was conducted on May 28, 2025. Present were the following: Assistant United States Attorney Toni Beth Schnellinger, representing the United States; Attorney John J. Ricotta, representing the defendant; the defendant Deangelo Snell, and United States Probation Officer Ashley Frank.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the sentencing is continued to August 28, 2025, at 10:00 a.m., subject to the defendant's continued conduct while on supervised release. The U.S. Probation Officer is directed to update the Court if an additional violation occurs, in which case a sentencing hearing will be scheduled promptly. If no violations occur during this period, the U.S. Probation Office shall update the Court, and the Court will conclude this matter by issuing an order indicating that the supervised release conditions as modified below represent the final disposition of the matter.

By agreement of the parties, IT IS FURTHER ORDERED that the defendant's supervised release is modified to include the following additional conditions:

**Cognitive Behavioral Treatment**: You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Mental Health Treatment**: You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of

that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Location Monitoring Program**: You shall participate in the location monitoring program for a period of 60 days utilizing GPS and shall abide by all technology requirements. You are restricted to your residence every day from 8:00 p.m. to 6:00 a.m. or as directed by the officer. You may participate in the Discretionary Leave under terms set by the U.S. Pretrial Services & Probation Officer. You shall follow all the program rules and pay all or part of the costs of participation in the Location Monitoring program as directed by the court and/or officer (Curfew).

You shall follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the court and/or officer.

Location monitoring shall commence no later than within 10 business days from order of the Court.

**IT IS SO ORDERED**.

Dated: May 28, 2025

                                              **HONORABLE SARA LIOI**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**